**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

EDY FERNANDO CANASTUJ ZAPETA   CIVIL ACTION NO. 26-0995

VERSUS                                                    JUDGE ALEXANDER C. VAN HOOK

BRIAN ACUNA, ET AL.                           MAGISTRATE JUDGE HORNSBY

---

### ORDER

Considering the foregoing Motion for Voluntary Dismissal of Habeas Petition,

**IT IS ORDERED** that the motion is **GRANTED**. All claims of petitioner, Edy Fernando Canastuj Zapeta, against defendants, Brian Acuna, Todd Lyons, Pamela Bondi and Warden of Winn Correctional Center, are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 13th day of May, 2026.

**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**